**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SONDA FOODS, INC., | ) | 3:11-cv-00589-HDM-CWH |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| BAKERY TECHNOLOGY ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff has filed a sur-reply to the defendant's motion to dismiss "or in the alternative, conditional motion to change venue" (#11). Local Rule 7-2 does not authorize the filing of a sur-reply, and plaintiff has not obtained leave of court to do so. Accordingly, plaintiff's sur-reply is hereby stricken.

The plaintiff's conditional motion to change venue (#11) remains pending.  Defendant shall file any response to the motion to change venue on or before October 24, 2011.

IT IS SO ORDERED.

DATED: This 13th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE